# EXHIBIT G

# EXHIBIT G



Winamp Heritage - Legacy resources of Winamp media player

**Home**  **Winamp player**  **Plugins**  **Skins**  **Visualizations**  **Help**  **For**  Tetszik  14 E

🏠 > **Plugins** > **Output**

# MP3 Output Plug-in

Search for plugins

MP3 output plug-in that lets you write MP3 files.

**MP3 output plug-in that lets you write MP3 files.**

This plug-in can be used to convert most output formats to MP3. You can use it just like you use the WAV writer that is included with Winamp, only this one writes to MP3. This plug-in requires the proper MP3 ACM codec to be installed on your system. The readme.txt includes information on how to get the codec, as well.



⬇ Download plugin

| December 15, 1999 by Justin Frankel | 1326168 downloads | ★★★☆☆ |





## Staff review

**Useful tool, soundfile->MP3**

Nice plug-in for moving from any file format to MP3. Very useful. Justin says 3, I give it a 4.

## Comments

*awesome - It is simple and does the work!!* - March 28, 2009 by loki unreal

*No dll file - The out_mp3.dll file is missing. - September 11, 2007 by x c g*

---

*gooi je MC's en LP's niet weg maak er eerst mp3 van - Deze plugin is ideaal om mp3 aan te maken, samen met de plugin om direct via aux op te nemen zijn cassetebandjes zo omgezet op mp3 formaat - December 4, 2005 by J K*

---

*all those critics.... - those people piss me off... this is a great plugin. Just because those people don't know s\*\*\* about mp3, they criticize the plug-in. I mean, seriously, if you can do better, please do so... Just in case someone still doesn't know... for this to work you need a good mp3 codec. The one that come with windows sucks. Just google Radium mp3 codec and you're sure to get loads of links. - December 13, 2004 by sinq makumba*

---

*Most excellent! - I would have prefered to have the option "Save as..." in the general menu of WinAmp, but I'm pleased to use it like it is, as far as it's a very fast and very powerful tool. Thanks a lot to Justin Frankel !!! P.S. : nearly 1 million of downloads, heh? Yeah, quite normal for such a pluggin... :-) - November 14, 2004 by Medawa Herath*

---

*hijacking app - hijacking app - May 23, 2004 by Jive Delpech*

---

*hijacking app - hijacking app i just give 5 stars because tthe comment doesnot enter with a O - May 23, 2004 by dďż˝dďż˝ mendes*

---

*All Bit Rates..... - Hey all, Its nice to use this Plugin but u hav to do something b4 getting 256KB quality... First Download Lame http://www.afterdawn.com/software/audio_software/audio_encoders/lame_acm.cfm Second Extract Files in a Folder Third open folder and select LameACM.inf, right click it and install. Follow Instructions... Thn open ur winamp and select the plug-in and see it supports all bit rates.. Any Queries fell free to ask me : pulkit@india.com ~Pulkit~ - April 6, 2004 by dďż˝dďż˝ mendes*

---

*use lame acm for Windows - Normally Windows uses FhG at 56 kbps. If you install the Lame ACM, you can use Lame at up to 320 kbps. Read all about it at: http://forum.mp3guest.com/topic.asp?TOPIC_ID=916 You can also find a link to the Lame ACM there. - January 21, 2004 by Pulkit Bajaj*

---

*you CAN convert wma - it's easy! if you install an old FULL version (i have 2.5) of winamp and you update it to the last STANDARD or LITE version (i have 2.91)! but i don't know where to find the new fraunholfer(?) codec, and i can't write higher than 56K. a link please! do you understand my*

english? it's not so good - December 8, 2003 by Carl Stephenson

This Plug-in Rules. - Number A, anybody who thinks the bitrates are limited or can't get it to write MP3's needs to learn how most MP3 creation programs work. Get the right codec and you can write *any* bitrate. I can write 320kbps no prob. With that said, this is the shiznittobambam. I can now mass-convert all my non-MP3 crap into wonderful MP3's at the quality I demand. No user input, no nothing, just build the playlist and go. Something I've wanted for a long time and it was staring me in the face right here on the Winamp web site. I bought my MP3 codec program for $10. Woo, oh no, $10. I could have had a twelver of Schlitz for that, but instead I get to listen to things I never could before. (meaning, online radio programs in the car / etc. because you can ... "capture" ... the program in .rm format then conver to .mp3 and away you go!! :-) Indispensible. Absolutely. Requires know-how, but what doesn't other than AOL?? hah. -David - November 21, 2003 by michele massaro

great output plug-in - it's excellent, the best.... great - October 22, 2003 by David Culberson

Very useful and easy to use - Great job on the plugin! I use it alot at many bit rates, both high and low. I also use it to convert my high bit rate files to lower mono versions, for driving my vintage micropower AM radio transmitter and radio collection. Like a wireless home jukebox with 50 year old transistor technology :) as long as I got a computer too ;) - October 8, 2003 by roberto espinoza

midi output plug-in - I want a software that converts mp3/wav file to midi file - September 23, 2003 by Tom Gehman

Can't convert WMA - Somehow, neither this nor the original DiskWriter plugin works along with the WMA Input Plugin - one can't convert WMA to Wave or MP3. :-( - August 8, 2003 by Md. Faisal

MP3 Output Plug-in - This is very nice plug-in, but need a pro-codec. - July 10, 2003 by Tobias Landin

Good thing - It's cool, dude... Cool with those copyright-protect mp3's ;) - July 5, 2003 by danis kirillov

not so good - tha max to work is 56kbit/s why can not work to 256 kbit/s how look in the picture i am run in 2.9 - July 3, 2003 by Joel Almeida

56 KBIT LIMIT?!?! YOU ARE INSANE! - BEAUTIFUL!!! dont rate this plug as 3-star... its a 5-star plug... someone that wants to convert from .wma to .mp3... well pls do yourself a

*favour and dont do that as .wma is ugly compression format!!! when you convert to mp3 it will be same size, and have same ugly sound! mp3 first! or .wav/.ogg/.aiff/etc..etc.. then mp3 also, people... do some reading up on your mp3 information. the ONLY reason this plugin would only allow 56kbit mp3 output its because THAT'S ALL YOUR COMPUTER WILL ALLOW! download the latest FraunhaufferII+ codecs, or update your soundcard drivers, or GET A NEW SOUNDCARD or SOMETHING! i have latest codecs, and i can output mp3s at 320kbit if i wish. which i do... so i will... and laugh at you while i do so... BWAHAHAHAHAHAHAHAHAHAHA erhm ya 5stars, newbies.* - May 30, 2003 by jesus gonzalez

---

*low rate, low quality - The rate that software get to convert to MP3 is very bad! at maximum 56kbs!! Terrible!!!! How do to improve??* - May 26, 2003 by Gohan williams

---

*Why 56K limit - This mp3out WinAmp plug-in works using: Fraunhofer IIS Layer-3 MPEG Layer-3 Audio Codec. Windows Operating system came with the basic version of that codec - 56K limit - So you need to install the professional version of that codec. WWW: http://www.iis.fraunhofer.de/amm/ I don't think you can get that codec from that website.... it is only for software developers. So you need to get a program bundled with that codec like: MP3 Compressor - Mp3compress. Good luck, M.Shair mshair@talkmail.org* - April 2, 2003 by Renner Silva

---

*wma to mp3 - I know that this plugin doesnot convert from wma to mp3, but if i want to convert wma files to mp3, what do I do? I gave it 0 star was because it says "(this plugin) can be used to convert most output formats to MP3". It confuses people. After I installed, and found out it did not work, then I looked at some reviews and found out it didnot work on wma files.....* - January 29, 2003 by M Shair

---

*MP3 output plug-in - it is good* - January 3, 2003 by big snow

---

*MP3 - its great!* - November 27, 2002 by LarsEric Persson

---

*Speed of light - This plugin rocks. I only tried after installing and uninstalling several shareware and even commercial software packages that do nothing but converting to mp3. Compared to those programs, this plugin works at the speed of light! Plus it is very easy to use because it uses the standard windows codec interface. Thanks* - November 21, 2002 by jaugusto Silva

---

*123 - 123* - November 14, 2002 by Timothy Beutels

---

*ACM Codec - Lame ACM Codec build 20020202 ----------- http://www.dawnload.net/audio_software/audio_tools/lame_acm.cfm watch the wraps.* - October 31, 2002 by Kirill Komrakov

*Not so good - well i think this is sheet,becouse i cant use that plug in.other words.fuck that sheeeeeeet man... -* August 3, 2002 by s t

*Microsoft OEM - I have found just about all of Winamp's plugin's very usefull and of highqulity programming. -* July 3, 2002 by Milan Ristic

*Best MP3 out plugin ever! - Thanx a million for a great plugin!!! Now I can convert all my songs to MP3! Even the ones in dead-beat formats like Micro$oft Media and RealMedia! BTW, an OGG Vorbis output plugin like this would really kick ass. Once again, thanks for a great plug-in! -* June 28, 2002 by Robert Hodgson

*easy to use - Easy to configure. Many output options. -* June 19, 2002 by Rouben Tchakhmakhtchian

*Hmmmm - Im sure it works great.....when it does....maybe some more thought should have been put into it... -* June 16, 2002 by stu pidaso

*What!? No ACM codec!!!!!!! - It need a ACM codec with it! Or else it wont work! And I will not waste $40.00 on it. P.S. I can't get to www.microsoft.com because of a proxy server. Don't even think about downloading it unless you have already got an ACM codec, unless you want to waste a lot of your valueble time. But I will give one star for the time made to program it. -* May 13, 2002 by jamie c

*Awkward - This is a bugger to get started from scratch. How about updating the readme.txt so that the urls actually work? For someone who doesn't have much of a clue it's going to be darn near impossible to find those codecs on the microsoft s(h)ite. -* May 10, 2002 by Ben Jolitz

*G00d converter - Iam also agree...Perfect! -* March 19, 2002 by Mike Pickard

*HELP!!!!! I CAN'T CONVERT CD TO MP3 - Hello, I have all the Plug-ins & codec I can not seem to make it change a CD to MP# can you help? What am I doing wrong? -* March 10, 2002 by Dig Dug

*fraunhofer radium codec - lamers just install this fraunhofer codec before using this plugin,,,, avalable from http://www.geocities.com/sajeeva2/mp3/mp3-programs-software.html .... -* March 8, 2002 by Patrick Wheeler

*great! - wow this fucking shit is awsom... caus i have an mp3 player in my car, and now i can turn all those traditional cds,*

*to just some cds fulled of mp3s* - February 10, 2002 by ďż˝wďż˝ďż˝ďż˝ďż˝ďż˝ ďż˝Hďż˝ďż˝˝gHďż˝ďż˝ďż˝ďż˝˝

---

*I love a mystery... - Did someone say there was a codec to make this thing work? http://codecpage.tripod.com/index.html happens to be a dead-end. NEXT...!* - January 21, 2002 by Andrew Mackowski

---

*Codecs are the key - I must gave a zero. If there is no chance to select the codec so it isn't usefull for them who have more than one codec available (why more codecs? one for speed compression with lower quality and other with premium quality but more time consuming).* - January 9, 2002 by Bobby Morano

---

*Awesome,,,,if done right - First, You need an MP3 codec installed on your system, Ther are 4 types, from best to worst, Fraunhofer, Xing, Lame, Blade. the latter 2 are not worth worring about, they suck but are free, The first two mean you may have to pay a fee for theM however, most are installed with mp3 encoder software. (Mp3PRO not the codec, the program) #WMA-MP3, (NOT Supported) Thanx to good ol' Micros0ft Winamp after 1.5 were not allowed to use plugins with WMA files, (Winamp is AOLware did you know?) so the other is to get the old version and install it with that. (NOT SUPPORTED by AOL, Nullsoft, Micros0ft, LLamasoft) # CD RIPPING (kinda supported and perfectly legal) You can also use it for CD-MP3 ripping with the cd reader plugin, Have Fun!* - December 4, 2001 by Speed Man

---

*Radium Suck - Get LAMEACM Codec B)* - November 26, 2001 by Anton Da_HooD

---

*Little problem with email - Hey, I take back what i said about email due to technical problems, but you can still get the proper ACM codec that makes this plugin shine here at: " http://codecpage.tripod.com/index.html " Oh, and it isnt this plugin's fault that WMA files dont work, it has to do with the WMA plugin included with winamp, if you read your history, it DOESNT ALLOW RIPPING!! so dont be stupid!* - November 24, 2001 by David Hsieh

---

*WTF? 56kbps? that's LLAMA S*** - to go up into the upper escelon of mp3 encoding (i.e. 256kbps, using WinAmp, you must have Chun-Yu Shei's mp3 writer and Copah's disk reader - that's if you want to rip cd's. you can also get almost any file, possibly even gay wma, with Chun yu's plugin, to mp3 - Do yourself a favor and DO NOT DOWNLOAD THIS. http://thunderbolt.8k.com is a crappy site, no really don't go there you will be dissapointed, it's my little cousin's, he likes pokemon, so I "plugged" it for him.* - November 17, 2001 by Marko Ramius

---

*thankful - It's free what do you think. Let's appreciate it. I know they will still get better as time goes on. They even*

*wanna here our ideas* - October 31, 2001 by Tom Dee

---

*Hateit - Does NOT convert wma to mp3. sucks* - October 22, 2001 by Nicholas Poku

---

*verrry useful - see, you download a wma from winamp.com...but your MP3 player dunt support it D'OH. I just used this. easy.* - September 6, 2001 by julian maisano

---

*???? - i do not run the plugin at the moment...* - September 6, 2001 by Alan Brevick

---

*mp3 problem - Look, I've followed the instructions and nothing. Why don't these plug-ins work?* - September 1, 2001 by solarias avaris

---

*works but losy quality - W56 kbps at 22 khz is not what I am looking for. Other than that it worked... At least 192 kbps and 44 khz* - September 1, 2001 by Damien Bajnath

---

*Neato! - I like it.* - August 23, 2001 by Per Hedegďż˝rd

---

*Wow. Just what I been looking for - Was not looking for a CD to MP3 coverter but soemthing else to convert a load of Compressed Wave files to MP3 and this does the job very well. Just set it upo and make a Playlist and hit play and walla MP3s get made. :-)* - August 22, 2001 by Huey Van ladore

---

*I Don't Know - Down loading the Radium codec enabled high-end bitrates, but the sound had a fluttery sound simular to bad cassette tape. I originally thought it was the MP3 Output Plug-in, but I had the same results when used in Sound Recorder. I've use other MP3 converters with their own codecs and have found them to be superior in sound quality. I find that I am dissatisfied with the Radium codec. Until I get a better codec, I will not be able to better judge your plug-in.* - August 16, 2001 by Tony Smith

---

*WTF - Can someone explain why I can't find a single MP3 plug-in on this site that actually creates MP3 files (any files for that matter).* - August 15, 2001 by Robert Gaines

---

*It's not good - I don' know how to convert from wav to mp3* - August 13, 2001 by Eric Hoagland

---

*High bitrate - Where are the high bitrates? Now problems with the old milenium magnetic record devices?* - July 12, 2001 by Nacho Medina

---

*MP3 Output Plug-in - I tried this plug-in. I don't make a decent recording from a cd. I don't like it. The file came out all crappy sounding like a very scratched record.* - July 9, 2001 by Osmand Charpentier

*good output - give user the best.* - July 8, 2001 by William Giersdorf

*Excellent for bitrate reduction - This is a great plugin if you have a MP3 player without tons of memory. Just reencode hi bitrate MP3's to 128, 112, 96, etc.* - July 1, 2001 by jackhen boon

*nice job justin - you all need to get a better mp3 codec. for me, it goes up to 256. i love this plugin!* - June 28, 2001 by Marco Etcheberrigaray

*Not complete... - You can't make a mp3 from a wma. And you can't make a wav from the wma, (with the Disk Writer plugin) and then a mp3 from the wav.* - June 22, 2001 by s 1138

*Good - d* - June 18, 2001 by no body

*Download. Now. - Definately worth the download. It should be included with WinAmp anyway. But this makes up for it :)* - June 18, 2001 by Bo Hellstrďż˝m

*Good - But I can't convert CDAudio to MP3 ! It doesn't work !* - June 12, 2001 by Jeong S.Y

*You just need the Radium codec! - This plugin is great! Using this in conjunction with the CDReader plugin, I can go straight from CD to MP3! Note: To encode at CD Quality and higher, use the Radium MP3 codec, found here: http://www.riphelp.com/downloads/files/ra-codec12.zip* - June 7, 2001 by Jaime Rivera

*It Does Work! - I got it to work up to 320kbps and at 48khz finally. How I did that I can't say. Though, it does work!* - June 7, 2001 by G M

*"Boooo" - This wont make mp3's in a standard format. Try this one-- http://www.winamp.com/plugins/detail.jhtml?componentId=33396&componentFlag=P* - June 3, 2001 by James Athey

*How can I get it to work with the PlayJ plug-in? - I can't rate it because PlayJ won't let me enable the mp3 output. Anyone know a way round this? Les.* - June 1, 2001 by Bill Tanner

*Very Nice - If you look for a codec for +56kb then try this "Kristal Studio Codecs Pack 4.3.3" (http://www.ksdivx.cjb.net/)* - May 29, 2001 by Les Munday

*Booh! - It can encode with only 56 KBs* - May 28, 2001 by Mirko Nuernberger

*Don't waste your time. - It only goes up to 56Kb/s on everything but the conventional frequency. You decide if its worth it.* - May 27, 2001 by Sebastian Mares

*frequency 56kBit/s,24,000 Hz, Stereo 7KB/s ONLY - I got your out_mp3 plugin, but i can only get this frequency of 56kBit/s,24,000 Hz, Stereo 7KB/s not higher.* - May 26, 2001 by Matthew Vaughn

*Whither 128k? - Great but it would be easier to use if you could use other than the playlist - such as just selecting one track to output, else it just goes on its happy way and does more of the CD's tracks. Also I'd like to be able to make 128k MP3s, which a lot of services prefer.* - May 23, 2001 by Rafal adfgagasg

*GEIL!!!!!!!! - y?AHH!!! really nice plugin! it worls great with any bitrate! i think u have to install the radium or fraunhofer mp3codec! then it works with higher bitrates than 56kbit* - May 22, 2001 by Stephen Goodman

*output quality - I downloaded netshow tools to try and increase the frequency and bit rate but when I click on configure for the mp3 output the best frequency I can get is 56kbit/s,24,000khz,7kb/s.What am I doing wrong?* - May 21, 2001 by jo mojo

*AMAZING!!! - I don't know what's wrong with people, but I think this plug-in is amazing! I was searching and searching for a way to convert a 128Kbps MP3 to a 24Kbps MP3 for streaming - THIS DOES IT PERFECTLY! My search is over! Thanks guys - keep up the GREAT work!* - May 17, 2001 by Brian Fleury

*Awesome, but a little confusing - Probably the best way to go from wave to MP3. However, I can't seem to pick a certain codec, all the options from each one are lumped together. Also I would love to see the ability to use any audio codec, not just mp3. (i.e. .WMA, .OGG, etc)* - May 16, 2001 by Ryan Provost

*Very Nice - It works great with the radium mp3 codec at +192kb. I can convert spc,wav,cda, or anything winamp can play into a mp3. The only problem I had was finding a good enough codec for it.* - May 16, 2001 by Jared Stein

*not ok - it don't works correctly* - May 14, 2001 by N W

*i thought it would be cool.... - but it sucks my butthole* - May 7, 2001 by ewrw wer

*Check out my MP3 output plugin - No ACM codec needed! Go to http://www.winamp.com/plugins/detail.jhtml?componentId=33396&componentFlag=P and check it out. It uses the LAME encoder to output high-quality MP3 without needing an ACM codec.* - April 30, 2001 by rory ketchum

*Full CD quality encoding!!! - download and install Music Match from www.musicmatch.com. It is free and has CD quality encoding that can be used by this plugin. :)* - April 28, 2001 by Chun-Yu Shei

*the out-mp3 plug-in is not founded - I install the out-mp3.exe and restart my computer.But I can not find the "plug-in' in the output of plug-in item. So I do not know how to change the mp3's level.Please help me and thanks a lot. Sincerely, Franklin* - April 26, 2001 by Felix O'Keefe

*MP3 Output Plug-in - Test* - April 23, 2001 by Franklin Li

*????? - I cant find a way to get it to work, can someone please tell me what I am doing wrong??? Email me at hurley_unanimous@hotmail.com Thankyou* - April 22, 2001 by Ki Chul Kim

*44 kbit? - I cannot configure this plugin to convert to a 44,100 Mhz MP3 file. I was able to do so previously on my old system, so I know there's a way to do it. Have downloaded Netshow - no go. Will try to locate WMP codecs.* - April 21, 2001 by Maqs McDaniel

*Noooooooo!!! - I just cannot encode to CD Quality! ...No download 4 me!* - April 20, 2001 by Moley Hoses

*no no no no!!! - it doesn't function!!!!!i've download the karaoke plug in, so i can record some karaoke mp3, but this plug in doen't function!!! it is very boring and i don't like it!! i just want some functionally!!* - April 20, 2001 by Jason Rodriquez

*from: - nice thing... very good, take:4* - April 19, 2001 by prue halliwell

*I cant setup to 44,100 Mhz - I cant setup this plugin to write 44,100 Mhz Mp3, or CD Quality.* - April 18, 2001 by Cosmin Octavian Constantin

*YIHA what i am looking for! - Hey Justin can i convert WAV to MP3 to?* - April 14, 2001 by Juan Carlos Ramirez

*Only 42K? The best dowlnoad I ever made... - This plugin can convert any filetype tto MP3 that Winamp can play. You only have to change the output. So while you are coding, you can't listen to the music. Now if I could find a decent free codec...* - April 14, 2001 by Alexander Sďż˝tre

*yeh - yeh yeh, what i've been lookin fer, my pimp-tite home slices* - March 30, 2001 by Doneko D

**WinampHeritage.com**
Tetszik 14 E

WinampHeritage.com is an unofficial site and in no way affiliated with AOL, Inc. All logos, downloads and text are copyright of their respective rights holders.

**Privacy Policy** Enquiries: contact@winampheritage.com