Kenneth F. Baum (CA Bar No. 250719)
GOLDMAN ISMAIL TOMASELLI
 BRENNAN & BAUM LLP
100 Wilshire Boulevard, Suite 1760
Santa Monica, CA 90401
Tel: (310) 576-6900
Fax: (312) 881-5191
kbaum@goldmanismail.com

(Additional counsel listed in signature block)

*Attorney for Defendant Apple Inc.*

Steven M. Lobbin
CA Bar No. 181195
SML Avvocati P.C.
888 Prospect Street, Suite 200
San Diego, CAL 92037
Tel: 949.636.1391
Email: sml@smlavvocati.com

Cortney S. Alexander (admitted *pro hac vice*)
Email: cortneyalexander@kentrisley.com
Tel: 404.855.3867
Kent & Risley LLC
5755 N Point Pkwy, Ste 57
Alpharetta, GA 30022

*Attorneys for Plaintiffs S.M.R Innovations LTD
& Y.M.R Tech LTD*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.M.R INNOVATIONS LTD, et al.,<br><br>               Plaintiffs,<br><br>    v.<br><br>APPLE INC.,<br><br>               Defendant. | Case No. 5:24-cv-08008-NW<br><br>*Assigned to Judge Noël Wise*<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO STAY ~~PENDING DIRECTOR REVIEW~~ \*\*AS MODIFIED\*\***<br><br>Complaint Filed: July 1, 2023<br>First Amended Complaint Filed: October 16, 2023<br>Second Amended Complaint Filed: May 31, 2024 |

ORDER GRANTING

STIPULATION TO STAY ~~PENDING DIRECTOR REVIEW~~ AS MODIFIED          CASE NO. 5:24-cv-08008-NW

Plaintiffs S.M.R Innovations LTD and Y.M.R Tech LTD (collectively, "Plaintiffs"), and Defendant Apple Inc. ("Apple") hereby submit the following Stipulation and Proposed Order to Stay Pending Director Review of Final Written Decision of *Inter Partes* Review No. IPR2024-01048:

WHEREAS, in this case, Plaintiffs allege infringement of four patents that share a common specification, including U.S. Patent No. 10,547,648 (the "'648 Patent");

WHEREAS, Apple filed a petition for *inter partes* covering the '648 Patent, *Apple Inc. v. S.M.R Innovations LTD and Y.M.R Tech LTD*, IPR2024-01048 (P.T.A.B.), and the United States Patent Trial and Appeal Board ("PTAB") instituted trial on that petition;

WHEREAS, the Court previously granted the parties' stipulated stay of this case pending the issuance of a Final Written Decision by the PTAB in IPR2024-01048;

WHEREAS, the PTAB issued a Final Written Decision on January 27, 2026, finding all challenged claims of the '648 patent unpatentable;

WHEREAS, Plaintiffs intend to seek review of the Final Written Decision by the Director of the United States Patent & Trademark Office pursuant to 37 C.F.R. § 42.75, which is due to be submitted by February 26, 2026;

NOW, THEREFORE, the Parties, by and through their respective counsel, hereby STIPULATE AND AGREE as follows:

1.  All non-ADR deadlines will be stayed ~~until the resolution of Plaintiffs' upcoming Request for Director Review in IPR2024-01048, including the resolution of any remand to the Board and any requests for Director Review of any decision issued by the Board as a result of such a remand.~~ for 90 days.

2.  ~~Upon conclusion of the stay, the parties will, within **21 days**, file a Joint Case Management Statement that conforms to the Standing Order for All Judges of the Northern District of California regarding Contents of Joint Case Management Statements.~~

3.  This stipulation does not prejudice the right of a party to later request that the Court extend the stay pending any appeal of the Final Written Decision and/or Director Review.

4.    SMR may, at its option, file a Third Amended Complaint within **14 days** of the entry of the Joint Case Management Statement.

5.    The parties are considering conducting ADR during the stay and may approach the Court during the pendency of the stay to request assignment to the ADR multi-option program under ADR Local R. 3-3(b) and, if approved by the Court, opt for the court-sponsored mediation option of ADR Local R. 3-4(a)(2).

At the conclusion of the stay or soon thereafter, the Court will hold a case management conference via Zoom.  In the Joint Case Management Statement, the parties shall provide an update on the status of IPR2024-01048, and any other IPR proceedings related to the patents-in-suit.

DATED: February 3, 2026                          Respectfully submitted,


                                                 /s/ Michael T. Pieja
                                                 Michael T. Pieja (CA Bar No. 250351)
                                                 Alan E. Littmann (*pro hac vice*)
                                                 Douglas Jordan Winnard (CA Bar No. 275420)
                                                 Xaviere N. Giroud (*pro hac vice*)
                                                 Madeline R. Thompson (*pro hac vice*)
                                                 GOLDMAN ISMAIL TOMASELLI
                                                   BRENNAN & BAUM LLP
                                                 200 South Wacker Dr., 22nd Floor
                                                 Chicago, IL 60606
                                                 Tel: (312) 681-6000
                                                 Fax: (312) 881-5191
                                                 mpieja@goldmanismail.com
                                                 alittmann@goldmanismail.com
                                                 dwinnard@goldmanismail.com
                                                 xgiroud@goldmanismail.com
                                                 mthompson@goldmanismail.com


                                                 Kenneth F. Baum (CA Bar No. 250719)
                                                 GOLDMAN ISMAIL TOMASELLI
                                                   BRENNAN & BAUM LLP
                                                 100 Wilshire Boulevard, Suite 1760
                                                 Santa Monica, CA 90401
                                                 Tel: (310) 576-6900
                                                 Fax: (312) 881-5191
                                                 kbaum@goldmanismail.com


                                                 *Attorneys for Defendant Apple Inc.*


DATED: February 3, 2026                          /s/ Cortney S. Alexander

ORDER GRANTING STIPULATION                       2                    CASE NO. 5:24-cv-08008-NW
TO STAY PENDING DIRECTOR
REVIEW AS MODIFIED

Stephen M. Lobbin
SML Avvocati P.C.
888 Prospect Street, Suite 200
San Diego, CAL 92037
Tel: 949.636.1391
Email: sml@smlavvovati.com

Cortney S. Alexander
(admitted *pro hac vice*)
 cortneyalexander@kentrisley.com
 Tel: (404) 855-3867
 Fax: (770) 462-3299
KENT & RISLEY LLC
5755 N Point Pkwy Ste 57
Alpharetta, GA 30022

Attorneys for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**   **AS MODIFIED**

Dated: ____February 5_____, 2026          _____
                                                            United States District Judge

ORDER GRANTING STIPULATION TO          3          CASE NO. 5:24-cv-08008-NW
STAY ~~PENDING DIRECTOR REVIEW~~ AS
MODIFIED